IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH RIAD,

              Plaintiff,

   v.

SOLUTIONS ACQUISITIONS
LOGISTICS & TRAINING, LLC et al.,

              Defendants.

CIVIL ACTION
NO. 15-4669

## ORDER

**AND NOW**, this 31st day of March 2016, upon consideration of the Court Order dated March 10, 2016 (Doc. No. 3) directing Plaintiff to show cause within fourteen (14) days why he has failed to serve the Summonses and Complaint in the above-captioned case upon Defendants, and Plaintiff's failure to respond to date to the Order, it is **ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE.**[1]

---

[1] Plaintiff filed the Complaint, along with a filing fee, on August 14, 2015. (Doc. No. 1.) Summonses subsequently were issued to Plaintiff, yet Plaintiff did not serve them upon Defendants.

Under Federal Rule of Civil Procedure 4(m) (2007), in effect at the time of filing:

> If a defendant is not served within 120 days after the complaint is filed, the court — on motion or on its own after notice to the plaintiff — must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period . . .

By Order dated March 10, 2016 (Doc. No. 3), the Court afforded Plaintiff fourteen (14) days to submit a letter to the Court as to whether there is good cause for failing to serve the Defendants. As of the date of the present Order, Plaintiff has not responded to the March 10, 2016 Order and has not shown cause as to why he has failed to serve the Defendants. At this

time, over seven months have passed since Plaintiff filed the Complaint and no defendant has been served with the Summons and Complaint. Accordingly, this case will be dismissed without prejudice.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.